# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

CLAUDE PAYNE,
:
    Petitioner,                                      Case No. 1:11-cv-193

:               District Judge S. Arthur Spiegel
   -vs-                                           Magistrate Judge Michael R. Merz

WARDEN, Lebanon Correctional
 Institution,
:
    Respondent.

---

## TRANSFER ORDER

---

With the consent of both of them, the reference in the above-captioned case is transferred from The Honorable Karen L. Litkovitz to The Honorable Michael R. Merz.

February 21, 2012.

                                                        s/ **Michael R. Merz**
                                                       United States Magistrate Judge

J:\Documents\Payne Habeas.wpd